# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS

In re Innovatio IP Ventures, LLC, Patent Litigation

_____

This Document Relates To:

All Cases

Case No. 1:11-cv-09309

Judge James F. Holderman
Magistrate Judge Sidney Schenkier

## ORDER OF DISMISSAL WITH PREJUDICE

On this day, Cisco Systems, Inc. ("Cisco") and Innovatio IP Ventures, LLC, Innovatio Management, LLC, and Noel B. Whitley (collectively, "Innovatio") announced to the Court that they have settled their respective claims for relief asserted in the above-captioned actions. The Court, having considered this request, is of the opinion that their request for dismissal should be GRANTED.

IT IS THEREFORE ORDERED that all claims and counterclaims by Cisco against Innovatio and by Innovatio against Cisco in the above-captioned actions, including Case Nos. 1:11-cv-09308 (consolidated) and 1:11-cv-09309 (originally 1:11-cv-00425 (D. Del.)), are dismissed, with prejudice to the re-filing of same.

IT IS FURTHER ORDERED that all claims by Innovatio against Cisco customers in any of the actions consolidated in Case No. 1:11-cv-09308 (including, but not limited to, 1:11-cv-09309) based on their making (including using any apparatus or practicing any method in making), using, selling, offering for sale, leasing, exporting, importing, or otherwise disposing of any Cisco product or any combination of a Cisco product with one or more other items, with prejudice to the re-filing of same.

IT IS FURTHER ORDERED that all attorneys' fees, costs of court and expenses shall be borne by the party incurring the same.

This is a final judgment.

Signed this 21th day of February, 2014.

　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　JAMES F. HOLDERMAN
　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE